UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MARTINEZ GERONIMO,<br><br>    Petitioner,<br><br>    v.<br><br>SPEARMAN,<br><br>    Respondent. | Case No. 15-cv-00696-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, a judgment of dismissal with prejudice is entered against petitioner and in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MARTINEZ GERONIMO,<br><br>    Plaintiff,<br><br>v.<br><br>SPEARMAN,<br><br>    Defendant. | Case No. 15-cv-00696-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo Martinez Geronimo
F-34230
CTF North
PO Box 705
Soledad, CA 93960-0705

Dated: September 29, 2015

                      Susan Y. Soong
                      Clerk, United States District Court

                      By: /s/ Lisa R. Clark
                      LISA R. CLARK, Deputy Clerk to the
                      Honorable JAMES DONATO

2